UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

PEDRO LIZ, *on behalf of himself and all others similarly situated*,

      Plaintiff,

   -v-

JAMIN LEATHER, LLC,

      Defendant.

-----------------------------------------------------------------------X

24-CV-3951 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: May 24, 2024
   New York, New York

                  _____
                     JESSE M. FURMAN
                   United States District Judge