UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
          :
PEDRO LIZ, *on behalf of himself and all others similarly*  :
*situated*,     :
          :
         Plaintiff,    :     24-CV-3951 (JMF)
          :
     -v-         :     <u>ORDER</u>
          :
JAMIN LEATHER, LLC,     :
          :
         Defendant.  :
          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's July 26, 2024 Order, ECF No. 12, Plaintiff was required to file any motion for default judgment within two weeks of the date of that Order. To date, Plaintiff has not filed any such motion.

    The Court's July 26, 2024 Order cautioned Plaintiff: "If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties." *Id.* Nevertheless, as a one-time courtesy, the deadline for Plaintiff to file any motion for default judgment is hereby EXTENDED, *nunc pro tunc*, through and until **August 23, 2024**. As a reminder, Plaintiff must file his **motion** for default judgment, *not* merely his request for a Clerk's Certificate of Default, by that date — the Clerk's Certificate must therefore be obtained in advance of that date.

    If Plaintiff fails to file a motion for default judgment by the now-extended deadline, the case will be dismissed for failure to prosecute without further notice.

    SO ORDERED.

Dated: August 13, 2024
       New York, New York                      _____
                                                    JESSE M. FURMAN
                                               United States District Judge