

August 13, 2024

Hon. Judge Jesse Furman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **LIZ v. JAMIN LEATHER, LLC**
      **DOCKET NO. 1:24-cv-3951**

Dear Judge Furman:

      The undersigned represents Pedro Liz, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled.

      The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

      Thank you for your time and consideration on this matter.

                                       Respectfully,

                                       Gabriel A. Levy